# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Case No. CR 14-318 M

Petty ☐   Misdemeanor ☐   Felony ☑

Number of Counts  5   Number of Defendants  1   USAOID No. _____   By: _____

Sealed: Yes ☐ No ☑    OCDETF: Yes ☐ No ☑    Notice ☐  Summons ☐  Writ ☐  Warrant ☑ to Issue

| DEFENDANT: Douglas G. Williams | |
|---|---|
| Alias(es): | Address: XXXXXX, Norman, OK |
| | Phone: |
| Age&DOB: 69 & XX/XX/1945 | SS#: XXX-XXX-9935 | Juvenile: Yes ☐ No ☑ | Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐ | RACE: Caucasian | Language/Dialect: English |

NOV 1 2 2014

**Defendant Status:**

☑ Not in Custody

Type of Bond Recommended on this Charge:
OR ☐   Cash ☐   10% ☐   Unsecured ☑   Surety ☐

Bond set at: $    Date:
Current Bond on Other Charge  Federal ☐  State ☐

Bond in Amount of: $ 10,000

☐ In Jail at:    Under Prisoner/Register No.:    Detention ☐

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain: Yes ☐  No ☑ |
| Complaint: Yes ☐  No ☐ | Bond Set: |

RECEIVED NOV 1 3 2014
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
| Additional Defendants: Yes ☐  No ☐ | Total Number of defendants |

**Attorney Information:**

| Defense Counsel: Christopher Eulberg | AUSA: Mark Angehr and Brian K. Kidd |
| Address: XXXXXX, Oklahoma City, OK | Phone: 405/553-    Fax: 405/553-8888 |
| Phone: XXX-XXXX | Fax: XXX-XXXX | Federal Agent/Agency: XXXXXX / CBP |
| Retained ☐  CJA Panel ☐  Public Defender ☐ | Local Agent/Agency: |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1, 2 | 18 U.S.C. § 1341 | Mail Fraud | NMT 20 yrs. incarceration; $250,000 fine, o/b; 3 years S/R; $100 S.A |
| 3, 5 | 18 U.S.C. § 1512(b)(1) | Witness Tampering | NMT 20 yrs. incarceration; $250,000 fine, o/b; 3 years S/R; $100 S.A |
| 4 | 18 U.S.C. § 1512(b)(3) | Witness Tampering | NMT 20 yrs. incarceration; $250,000 fine, o/b; 3 years S/R; $100 S.A |

Date: 11/13/14    Signature of AUSA: _____

800/6-97

DEENDANT: **Douglas G. Williams**

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | Criminal forfeiture | |

Date: _____   Signature of AUSA _____   800/6-97