# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** 11/18/2014      **CASE:** CR-14-318-M

**TIME IN COURT:** 15 mins      **COURTROOM:** 401

**MAGISTRATE JUDGE SHON T. ERWIN**      **COURTROOM DEPUTY SUSAN McKEY**

**UNITED STATES OF AMERICA vs. DOUGLAS G. WILLIAMS**

Defendant States true and correct name as: _____    **AGE:** 68

**Government Cnsl:** MARK YANCEY      **Defendant Cnsl:** Chris Eulberg/Stephen Buzin

**U.S. Probation Officer:** DIXIE BECKTOLD      Retained

☒ Defendant Appears, custody of U.S. Marshal with Counsel      **Interpreter:** N/A

☐ Defendant advised of his / her right of consular notification,

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.      ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment      ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of January 13, 2015 @ 9:00 a.m. before Chief Judge Miles-LaGrange

☒ Government recommends defendant be released on bond w/conditions

☐ Government recommends defendant be detained based on _____

☐ Government _____

     ☐ Upon motion of the Government and request for continuance by _____

     ☐ Detention Hearing is set for _____

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☒ Unsecured Bond set at OR Bond with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☒ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

SR-09-2014