IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States Of America, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR-14-318-M |
| Douglas G. Williams, | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

That Defendant, Douglas G. Williams, hereby knowingly, freely and intelligently waives any rights, benefits and/or privileges that accrue to him under the Speedy Trial Act, 18 U.S.C.A. §3161 et seq., and the sanctions provided for therein and said Waiver Of Speedy Trial shall remain in full force and effect with said Defendant to stand ready for trial upon order of this Honorable Court.

Dated this 23rd day of December, 2014.

_____
Defendant

_____
Stephen H. Buzin, OBA #1395
Attorney for Defendant
P.O. Box 609
Chickasha, OK 73023
Ofc. 405.222.5552
Fax. 405.222.5556
buzinlaw@wbell.net