**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

*3.13.2015*

UNITED STATES COURTHOUSE
200 N.W. 4th (Fourth & Harvey), OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 301 - 3rd Floor

**APRIL CRIMINAL TRIAL DOCKET
BEFORE CHIEF JUDGE VICKI MILES-LaGRANGE**

**TUESDAY, APRIL 14, 2015**

"VALID PHOTO IDENTIFICATION IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"

**NOTICE TO ALL COUNSEL:** Counsel are *REQUIRED* to appear at docket call at **2:00 p.m. on Wednesday, April 8, 2015**, regardless of where their case appears on the docket.

**Three copies of typewritten lists of witnesses and exhibits are to be given to the Courtroom Deputy on the first day of trial. Exhibits are to be marked numerically, prior to trial.**

| | | |
|---|---|---|
| CR-14-306-M | United States of America | Don Gifford |
| | | David Petermann |
| | v. | |
| | Michael Dean Billings | Danny White |

| | | |
|---|---|---|
| CR-14-313-M | United States of America | Arvo Mikkanen |
| | v. | |
| | Cesar Hidrogo | Bill Zuhdi |
| | Arturo Hidrogo | Mark Wilson |
| | Jesus Ramirez-Carrera | Danny White |

| | | |
|---|---|---|
| CR-14-318-M | United States of America | Brian Kidd (DOJ) |
| | | Mark Angehr (DOJ) |
| | v. | |
| | Douglas G. Williams | Stephen Buzin |

| | | |
|---|---|---|
| CIV-14-328-M | United States of America | Rozia McKinney-Foster |
| | v. | |
| | Javier Garcia-Garcia | Teresa Brown |
| CIV-14-361-M | United States of America | Kerry Blackburn |
| | v. | |
| | Gaith Fawzi Mahmud | Robert Wyatt |
| CR-15-28-M | United States of America | Amanda Maxfield Green |
| | v. | |
| | Arnold Arredondo-Aispuro | Tony Lacy |
| CIV-15-37-M | United States of America | David Walling<br>Lori Hines |
| | v. | |
| | Ruben Galvan | Teresa Brown |