## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-14-318-M |
| | ) | |
| DOUGLAS G. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Continuance, filed March 18, 2015. The government does not object to this motion. Having carefully reviewed defendant's motion, the Court finds that a continuance to the May 2015 trial docket is warranted. The Court finds the ends of justice served by continuing this case to the May 2015 trial docket outweigh the best interest of the public and the defendant in a speedy trial. Specifically, based on the voluminous discovery in this case, over 7,500 pages of documents produced so far, and defense counsel's health issues and prior commitments, the Court finds that a substantial burden on counsel and defendant would be created if trial were to proceed prior to the May 2015 trial docket. In making these findings, the Court has considered the factors set forth in Section 3161(h)(7)(B) and (C) and has concluded that a continuance to the May 2015 trial docket is fully consistent with the statutory policies. Therefore, the period of delay caused by continuing this case shall be excluded for purposes of the Speedy Trial Act.

Accordingly, the Court GRANTS Defendant's Unopposed Motion for Continuance [docket no. 22], STRIKES this case from the Court's April 2015 trial docket, and RESETS this case on the Courts' May 2015 Trial Docket.

**IT IS SO ORDERED this 25th day of March, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE