# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

*4.10.2015*

UNITED STATES COURTHOUSE
200 N.W. 4th (Fourth & Harvey), OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 301 - 3rd Floor

## MAY CRIMINAL TRIAL DOCKET
## BEFORE CHIEF JUDGE VICKI MILES-LaGRANGE

### TUESDAY, MAY 12, 2015

"VALID PHOTO IDENTIFICATION IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"

**NOTICE TO ALL COUNSEL:** Counsel are *REQUIRED* to appear at docket call at **2:00 p.m. on Wednesday, May 6, 2015**, regardless of where their case appears on the docket.

**Three copies of typewritten lists of witnesses and exhibits are to be given to the Courtroom Deputy on the first day of trial. Exhibits are to be marked numerically, prior to trial.**

| | | |
|---|---|---|
| CR-14-318-M | United States of America | Brian Kidd (DOJ) |
| | | Mark Angehr (DOJ) |
| | v. | |
| | Douglas G. Williams | Stephen Buzin |
| | | |
| CIV-15-42-M | United States of America | Lori Hines |
| | v. | |
| | Eleuterio Botello | Lance Phillips |
| | Gabriela Rincon | Michael Johnson |
| | Maria Ramona Johns | Scott Adams, Robert Gray |
| | Panfilo Narvick Aguirre | Ed Blau |
| | Charlene Ramos | Michael Noland |
| | | |
| CIV-15-53-M | United States of America | David McCrary |
| | v. | |
| | Daryl Lee Ingram | Scott Adams, Robert Gray, Laura Deskin |
| | Michael Shandelon Brown | Elliott Crawford |