# MINUTE SHEET

Date   5/12/2015

Case No. CR-14-318-M    Style: USA v. Douglas G. Williams

Commenced   9:45 a.m.    Ended  10:35 a.m.    Total Time:  50 minutes

Commenced _____    Ended _____

Hearing concluded  ✔ (Yes)  ____ (No)

Proceedings                 Pretrial Conference

JUDGE Vicki Miles-LaGrange    DEPUTY Kathy Spaulding    REPORTER Lynn Lee

Plaintiff's Counsel: Brian Kidd, Heidi Gesch

Defendant's Counsel: Stephen Buzin, Chase O'Brien

Counsel appear as above noted.  The Court and counsel meet and the Court makes rulings on outstanding pretrial matters.