# CRIMINAL JURY TRIAL

CRIMINAL CASE NO.   CR-14-318-M   　　　　　　　　　　DATE   5/12/2015
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(day 1)
STYLE:　　　　　　　　　　**USA v. Douglas G. Williams**
　　PROCEEDINGS:  (FURTHER) NON-JURY TRIAL   (FURTHER) **JURY TRIAL**

COMMENCED  11:00 a.m.   ENDED  11:55 a.m.   TOTAL TIME  4 hour(s) - 35 minutes
COMMENCED   1:20 p.m.   ENDED   5:00 p.m.

JUDGE Vicki Miles-LaGrange　　C.R. DEPUTY Kathy Spaulding　　REPORTER Lynn Lee

Plf counsel: Brian Kidd, Heidi Gesch
Dft's counsel: Stephen Buzin, Chase O'Brien

Enter as above.    Defendant appears in person.    Parties announce ready.

Jury duly empaneled and admonished.    Rule invoked on motion of defendant.

Plaintiff makes opening statement.    Defendant makes opening statement.

Plaintiff presents case in chief with testimony of witnesses.

Witness(es) for Plaintiff(s):　　　　　　　Witness(es) of Defendant(s):
1. Special Agent Jeffery Bartlett (sworn)　　1.
2. Special Agent Douglas Robbins (sworn)　　2.

Plf's exhibits admitted: 1-300, 302-304
Dft's exhibits admitted:

Court adjourns to Wednesday, May 13th at 9:00 a.m.