# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **NOTICE OF HEARING** |
| v. ) | |
| ) | Case No.: CR-14-318-M |
| DOUGLAS G. WILLIAMS, ) | |

**"NOTICE - A PHOTO I.D. IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"**

Type of Case    ☐ **CIVIL**    ☒ **CRIMINAL**

☒ *TAKE NOTICE* - That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place | Room No. |
|---|---|
| U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom No. 301   (3rd Floor)** |
| | **Date and Time**<br>**September 22, 2015 at 3:00 p.m.** |

TYPE OF PROCEEDING

**SENTENCING**

☐ *TAKE NOTICE*
    That the proceeding in this case has been rescheduled as indicated below:

| Place | Date and Time Previously Scheduled | Continued to - Date and Time |
|---|---|---|
| U.S. Courthouse<br>Courtroom 301 (3rd floor)<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

VICKI MILES-LaGRANGE
CHIEF U. S. DISTRICT JUDGE

  8/24/2015                              By: _*s/ Kathy Spaulding*_
DATE                                          DEPUTY CLERK

USAO (Kidd; Angehr; Gesch)
dft counsel (Eulberg; Buzin; O'Brien)
USM (bond)
USPO (Garstka)