**SENTENCING COURTROOM MINUTE SHEET**                    DATE     9/22/2015
*(Courtroom #301)*

CR. CASE NO. <u>CR-14-318-M</u>  U.S.A. -v- <u>Douglas G. Williams (sworn)</u>

COMMENCED  <u>3:10 p.m.</u>   ENDED  <u>4:15 p.m.</u>   TOTAL TIME:  <u>1 hour  5 minutes</u>

JUDGE <u>Vicki Miles-LaGrange</u>     DEPUTY <u>Kathy Spaulding</u>      REPORTER <u>Lynn Lee</u>

Plf Counsel: <u>Brian Kidd, Heidi Gesch</u>       Dft Counsel: <u>Stephen Buzin, Chase O' Brien</u>
Probation Officer: <u>Jennifer Garstka</u>      Interpreter: <u>N/A</u>

SENTENCING MINUTE: Dft appears in person with counsel.  PSR reviewed by govt's cnsl, dft's cnsl and defendant.  Defendant's objections to Presentence Report heard.

Defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months, all counts to run concurrently with each other.

Upon expiration of sentence imposed herein, dft shall serve a term of supervised release of 3 years. This consists of 3 years on each of Counts 1, 2, 3, 4 and 5, all such terms to run concurrently.

Defendant to abide by following conditions of supervised release:

- ☒ Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.
- ☒ The defendant shall comply with the standard conditions of supervision adopted by this Court and shall not possess a firearm or other destructive device and shall cooperate in the collection of DNA, as directed by law.
- ☒ The court suspends the requirement for mandatory urine screening pursuant to 18 U.S.C. §3583(d). The court specifically retains, however, the probation officer's authority under 18 U.S.C. §3603 to administer drug testing for cause as a suitable method for monitoring the defendant's compliance with the standard condition of supervision prohibiting the use of controlled substances.
- ☒ The Court is not imposing community service
- ☒ The defendant shall comply with the special conditions listed in Part D of the PSR, as follows:
  - ☒ The defendant shall participate in a program of mental health aftercare at the direction of the probation officer.  The court may order that the defendant contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer based on the defendant's ability to pay.
  - ☒ The defendant shall not participate in any form of polygraph-related activity during the period of supervision.
  - ☒ The defendant must submit to a search of his person, property, electronic devices or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting any evidence of polygraph activity at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

☒ Fine waived due to dft's inability to pay a fine.

☒ The defendant shall forfeit to the United States all right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dated June 4, 2015.

☒ Defendant Ordered to pay special assessment of $500 ($100 as to each count) due immediately.

☒ Defendant is advised of right to appeal.

☒ Court recommends that the dft be incarcerated at FCI El Reno.

☒ Court recommends that dft participate in the Inmate Financial Responsibility program, while incarcerated, at a rate determined by Bureau of Prisons staff in accordance with the requirements of the Inmate Financial Responsibility program.

☒ Execution of sentence stayed until no later than 12:00 noon on Friday, October 30, 2015, at which time dft's court appearance bond will be exonerated. Dft to remain on present bond until reporting to the designated facility.