**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-318-M |
| | ) |
| DOUGLAS G. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## MINUTE ORDER

On November 21, 2016, defendant filed his Motion for Modification of the Terms of Supervised Release [docket no. 51]. In light of defendant's motion, the Court hereby DIRECTS the government to respond to defendant's motion on or before February 10, 2017.

**IT IS SO ORDERED this 27th day of January, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE