# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

FILED

JAN 1 8 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

UNITED STATES OF AMERICA

    Plaintiff,

v.

    Case No. 5:14-cr-00318-M

DOUGLAS G. WILLIAMS

    Defendant.

## MOTION TO REQUEST A RULING

NOW COMES, Defendant Douglas G. Williams and files this Motion to Request a Ruling on his Motion for Modification of the Terms of Supervised Release.

1. Mr. Williams filed his Motion for Modification of the Terms of Supervised Release on November 21, 2016
2. On January 27, 2017, the Court issued a MINUTE ORDER as to Douglas G. Williams directing the government to respond to defendants Motion for Modification of the Terms of Supervised Release on or before February 10, 2017.
3. On February 10, 2017, the government filed a RESPONSE in Opposition as to Douglas G Williams' MOTION to Modify Conditions of Release.
4. On February 21, 2017, Douglas G Williams filed a REPLY TO RESPONSE to Motion by Douglas G Williams to Modify Conditions of Release.

Mr. Williams' Motion for Modification of the Terms of Supervised Release has been fully briefed since February 21, 2017. Mr. Williams was released from prison on July 26, 2017. For the aforesaid reasons – and those presented in the motions previously filed in this matter - Douglas G. Williams respectfully requests that this Court rule on his MOTION and remove the special condition of his supervised release prohibiting his participation in any form of polygraph related activity.

Respectfully submitted _____

Douglas G. Williams

Pro Se

## CERTIFICATE OF SERVICE

I mailed a copy of this motion to:

U.S. ATTORNEY'S OFFICE

200 NW 4TH ST

OKLAHOMA CITY, OK

73103

_____

Douglas G. Williams