# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. CR-14-318-M |
| | ) |
| DOUGLAS G. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is defendant's Motion to Request a Ruling, filed January 18, 2018. In a separate order issued this same date, the Court denied defendant's Motion for Modification of the Terms of Supervised Release. Accordingly, the Court FINDS defendant's Motion to Request a Ruling [docket no. 55] is now MOOT.

**IT IS SO ORDERED this 29th day of January, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE