IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

    Plaintiff,

Vs

DOUGLAS G. WILLIAMS

    Defendant.

Case No. CR-14-318-M

FILED
JAN 3 1 2018
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ac_____,DEPUTY

## NOTICE OF APPEAL

Notice is hereby given that Douglas G. Williams, defendant in the above named case hereby appeals to the United States Court of Appeals for the 10th Circuit from the ORDER entered by the Court which denied the Motion for Modification of the Terms of Supervised Release entered in this action on the 29th day of January 2018

*[signature]*

Douglas G. Williams

Pro Se

## CERTIFICATE OF SERVICE

I mailed a copy of this Notice of Appeal to the U.S. Attorney's office, 200 NW 4TH St, Oklahoma City, O 73102

*[signature]*