```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500065644
Cashier ID: krose
Transaction Date: 02/12/2018
Payer Name: Kathy Williams
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Douglas G Williams
 Case/Party: D-OKW-5-14-CR-000318-001
 Amount:      $505.00
------------------------------------
CHECK
 Check/Money Order Num: 2151
 Amt Tendered: $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

Appeal fee for CR-14-318-M


Return check fee $53
```