IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date: February 8, 2019

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CR-14-318-M |
| | ) | |
| Douglas G. Williams | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

Incident to Judge Miles-LaGrange's transition to inactive senior status this case is transferred to  Judge Robin J. Cauthron

HEREAFTER, PLEASE REFER TO CASE AS:  CR-14-318-C

Please note that for future filings in this case, **the letter at the end of the number should now be an "C" rather than a "M".**  This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Chief Judge Joe Heaton we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:  /s/ Steve Rogers
Deputy Clerk

cc:      counsel of record