Douglas Gene Williams
4113 Bentbrook Place
Norman, OK 73072

June 20, 2019

Honorable Robin J. Cauthron
United States District Court for The Western District of Oklahoma
U.S. Courthouse
200 N.W. 4th Street, Room 4001
Oklahoma City, OK 73102

                                                        Re: Douglas G. Williams No. 5:14-cr-00318

Dear Judge Cauthron:

First, I would like to express my gratitude to you for recently addressing the issue of my subpoena to appear before the court as an Expert Witness at trial in New Mexico. I realize that it may have been a difficult decision due to the limitations of my probation; and I am heartened by the fact that Your Honor determined that my testimony would be "protective," rather than "harmful" to the public.

I was imprisoned in 2017 and served two years in Florence, Colorado. In July, I will have completed two years of my probation, and on July 26, 2020, I will have completed my three years of supervised release.

My desire for the last forty years of my life has been to help citizens defend themselves against the harmful effects of polygraph testing. To that end, my testimony before Congress in 1985 contributed to the passing of the EPPA, the Employment Polygraph Protection Act, prohibiting use of polygraph tests on individuals in the private sector. It influenced the Supreme Court's ruling prohibiting use of polygraph results as proof of either innocence or guilt in many courts throughout the United States. Even currently, the New Mexico Prosecutor's determination that my knowledge and skills would benefit his case against a doctor accused of multiple rapes has deepened my faith that my teachings still benefit the communities of this country.

With those things in mind, I have been informed by my probation officer, Ms. Whitney Chakroun, that I may write to you to ask that you consider commuting the final year of my probation. Along with Congress, the Supreme Court, and currently, Prosecutors in a court of law in this country, I would ask that you consider my contributions to be for the betterment of our society with a decision to forgive the final year of my probation and allow me to continue my crusade to not just expose, but also to teach people how to protect themselves from the fraud of lie detection via polygraph perpetrated by the government polygraph industry – a fraud that has caused, and continues to cause, untold damage and misery to millions of people by falsely accusing them of deception. As you have indicated in your last ORDER allowing me to testify in the New Mexico case, it is much more dangerous to public safety to allow the government polygraph industry to keep information about the flaws in polygraph testing secret than it is to allow me to continue to expose them.

Gratefully yours,

Douglas G. Williams