IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR-14-318-C |
| | ) | |
| DOUGLAS G. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has submitted a letter requesting commutation of the third and final year of his supervised release. The only reason given is his desire to continue his crusade to benefit the public by exposing the flaws of polygraph testing.

First, Defendant is cautioned that any relief requested should be in the form of a motion, filed with the Court Clerk and served on opposing parties. Corresponding directly with a judicial officer is improper.

Secondly, the interpretation Defendant has placed on this Court's grant of permission for him to testify in a criminal case in New Mexico is entirely unjustified, unsupported, and incorrect.

Finally, the activity he suggests he should be permitted to undertake appears to be the very conduct for which he was convicted. This is certainly not good cause to end his supervision early.

Accordingly, Defendant's request for early termination of supervision is DENIED.

IT IS SO ORDERED this 26th day of June, 2019.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge