IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CR-14-318-C |
| DOUGLAS G. WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

ORDER

In the absence of the concurrence of the United States Probation Office, Defendant's "Motion to Commute the Third and Final Year of Defendant Douglas G. Williams' Supervised Release" (Dkt. No. 70) is denied.

IT IS SO ORDERED this 6th day of August, 2019.

ROBIN J. CAUTHRON
United States District Judge